UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF **INFORMATION ASSOCIATED WITH KIK ACCOUNT USERNAMES "CHEETAHGRRRRRR," "LEOPARDPURRRRR" AND "JAGUARKITTYKAT" THAT IS STORED AT PREMISES CONTROLLED BY MEDIALAB.AI INC.** | Case No. 3:24-mj-58-CSD<br><br>ORDER |

This matter coming before the Court on the Government's Motion to Unseal, the reasons therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Search Warrant dated on August 21, 2024, and accompanying Applications, Affidavits, Sealing Motions, and Sealing Orders in the above-captioned matter now pending, shall be, and are, UNSEALED.

DATED this __13th__ day of December, 2024.

_____
HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE